AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

-----------------------------------------------DISTRICT OF-----------------------------------------------
MASSACHUSETTS

TRUSTEES OF THE PLUMBERS &
PIPEFITTERS' NATIONAL PENSION FUND;
TRUSTEES OF THE PLUMBERS &
PIPEFITTERS' INTERNATIONAL TRAINING
FUND; TRUSTEES OF THE PLUMBERS AND
PIPEFITTERS' LOCAL UNION NO. 4 HEALTH
& WELFARE FUND; PENSION FUND;
ANNUITY FUND; JOINT APPRENTICE
TRAINING FUND; INDUSTRY FUND;
BUILDING & RELIEF FUND and PLUMBERS
AND PIPEFITTERS UNION LOCAL NO. 4
V.

HVAC MECHANICAL SYSTEMS, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-11776 NG**

TO: (Name and address of defendant)

HVAC Mechanical Systems, Inc.
*c/o Its President:*
Robert F. Marzeoti
Business Address: 34 Sullivan Road, Unit 17, North Billerica, MA 01862
Residence: 46 Letchworth Avenue, North Billerica, MA 01862

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. Brown, Esq.
**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108-4203

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANAS___                                    8-13-04
_____             _____
CLERK                                           DATE

*signature*
Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

Deputy Sheriff Middlesex Sheriff

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

August 26, 2004

I hereby certify and return that on 8/25/2004 at 4:30PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to ROBERT MARZEOTI, agent, person in charge at the time of service for HVAC MECHANICAL SYSTEMS, INC., at 31 DEPOT Street, Dunstable, MA 01827. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.00), Postage and Handling ($1.00), Travel ($17.08) Total Charges $56.08

*[signature]*

Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
           Date                        Signature of Server

                                       _____
                                       Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure