UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS & PIPEFITTERS' NATIONAL PENSION FUND; TRUSTEES OF THE PLUMBERS & PIPEFITTERS' INTERNATIONAL TRAINING FUND; TRUSTEES OF THE PLUMBERS & PIPEFITTERS' LOCAL UNION NO. 4 HEALTH & WELFARE FUND; PENSION FUND; ANNUITY FUND; JOINT APPRENTICE TRAINING FUND; INDUSTRY FUND; BUILDING & RELIEF FUND and PLUMBERS AND PIPEFITTERS' UNION LOCAL NO. 4<br><br>*Plaintiffs*<br><br>VS.<br><br>HVAC MECHANICAL SYSTEMS, INC.<br><br>*Defendant* | Civil Action No. 04-11776 (NG)<br><br><br><br><br><br><br><br><br><br>September 30, 2004 |

## MOTION FOR DEFAULT FOR FAILURE TO PLEAD

The Plaintiffs in the above-captioned action hereby represent that the time limit for responding to their Complaint has passed and that the Defendant, HVAC Mechanical Systems, Inc., has failed to respond to the Plaintiffs' Complaint as required by Rule 12(a) of the Federal Rules of Civil Procedure.

WHEREFORE, the Plaintiffs, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, respectfully move this Court to enter default against said Defendant for failure to plead.

THE PLAINTIFFS,

By: *[signature]*
John M. Brown, Esq.
ROBERT M. CHEVERIE
 & ASSOCIATES, P.C.
333 East River Drive Suite 101
East Hartford, CT 06108
Tele. No.: (860) 290-9610
BBO # 651103
THEIR ATTORNEY

## C E R T I F I C A T I O N

I hereby certify that a copy of the foregoing Motion for Default for Failure to Plead has been mailed, first-class and postage prepaid, this 30th day of September 2004 to the following:

HVAC Mechanical Systems, Inc.
*c/o Its President:*
Robert F. Marzeoti
34 Sullivan Road
Unit 17
North Billerica, MA 01862

and

HVAC Mechanical Systems, Inc.
*c/o Its President:*
Robert F. Marzeoti
46 Letchworth Avenue
North Billerica, MA 01862

JOHN M. BROWN

JMB.LOCAL 4.HVAC MECHANICAL SYSTEMS, INC.
Motion for Default for Failure to Reply.9.30.04

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719