UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS & PIPEFITTERS' NATIONAL PENSION FUND; TRUSTEES OF THE PLUMBERS & PIPEFITTERS' INTERNATIONAL TRAINING FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS' LOCAL UNION NO. 4 HEALTH & WELFARE FUND; PENSION FUND; ANNUITY FUND; JOINT APPRENTICE TRAINING FUND; INDUSTRY FUND; BUILDING & RELIEF FUND and PLUMBERS AND PIPEFITTERS UNION LOCAL NO. 4<br><br>Plaintiffs<br><br>VS.<br><br>HVAC MECHANICAL SYSTEMS, INC.<br><br>Defendant | Civil Action No. 04-11776 (NG)<br><br><br><br><br><br><br><br><br>October 29, 2004 |

### ORDER FOR ENTRY OF DEFAULT JUDGMENT

Defendant having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of the plaintiffs and affidavits demonstrating that defendant owes plaintiff the sum of *$77,854.30*; that defendant is a corporation and is therefore not an infant or incompetent person or in the military service of the United States; and that plaintiffs have incurred costs in the sum of *$1,916.08*; it is hereby:

ORDERED, ADJUDGED AND DECREED that plaintiffs recover from defendant HVAC Mechanical Systems, Inc. the sum of *$79,770.38*, with interest as provided by law.

_____
Deputy Clerk

Dated:_____