UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF THE PLUMBERS & PIPEFITTERS'
NATIONAL PENSION FUND; TRUSTEES OF THE
PLUMBERS & PIPEFITTERS' INTERNATIONAL
TRAINING FUND; TRUSTEES OF THE PLUMBERS
AND PIPEFITTERS' LOCAL UNION NO. 4 HEALTH
&WELFARE FUND; PENSION FUND; ANNUITY
FUND; JOINT APPRENTICE TRAINING FUND;
INDUSTRY FUND; BUILDING & RELIEF FUND and
PLUMBERS AND PIPEFITTERS UNION LOCAL NO. 4

       Plaintiffs

VS.

HVAC MECHANICAL SYSTEMS, INC.

       Defendant

Civil Action No.
04-11776 (NG)

October 29, 2004

## ORDER FOR ENTRY OF DEFAULT JUDGMENT

Defendant having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of the plaintiffs and affidavits demonstrating that defendant owes plaintiff the sum of *$77,854.30*; that defendant is a corporation and is therefore not an infant or incompetent person or in the military service of the United States; and that plaintiffs have incurred costs in the sum of *$1,916.08*; it is hereby:

ORDERED, ADJUDGED AND DECREED that plaintiffs recover from defendant HVAC

Mechanical Systems, Inc. the sum of *$79,770.38*, with interest as provided by law.

M. Malloy
Deputy Clerk

Dated: _12/2/04_

ROBERT M. CHEVERIE & ASSOCIATES, P.C.

COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT  06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719