UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS & PIPEFITTERS' NATIONAL PENSION FUND; TRUSTEES OF THE PLUMBERS & PIPEFITTERS' INTERNATIONAL TRAINING FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS' LOCAL UNION NO. 4 HEALTH &WELFARE FUND; PENSION FUND; ANNUITY FUND; JOINT APPRENTICE TRAINING FUND; INDUSTRY FUND; BUILDING & RELIEF FUND and PLUMBERS AND PIPEFITTERS UNION LOCAL NO. 4<br><br>Plaintiffs<br><br>VS.<br><br>HVAC MECHANICAL SYSTEMS, INC.<br><br>Defendant | Civil Action No. 04-11776 (NG)<br><br><br><br><br><br>December 17, 2004 |

### PETITION FOR EXAMINATION OF JUDGMENT DEBTOR

Pursuant to Fed.R.Civ.P. 69(a) and Mass. Gen. Laws Ch. 224, § 14, Plaintiffs, by and through their attorneys, Robert M. Cheverie & Associates, P.C., hereby request this Court to issue a summons requiring the judgment debtor to appear at a time and place convenient to the Court, and submit to an examination relative to its ability to pay.

The undersigned respectfully represents:

1. That the Plaintiffs recovered a Judgment against HVAC Mechanical Systems, Inc., a Massachusetts corporation with a principal place of business at 34 Sullivan Road,

Unit 17, North Billerica, Massachusetts 01862, in the United States District Court for the District of Massachusetts at Boston on December 2, 2004 for *$79,770.38*.

2.   Defendant has failed to satisfy the Judgment.

NOW THEREFORE, the Plaintiffs respectfully request, pursuant to Massachusetts General Laws Chapter 224, Section 14, that the Defendant as a Judgment Debtor be ordered to appear before this Court or some other Judge or Magistrate of the United States District Court, then and there to be examined under oath concerning its property and means of paying the balance of this Judgment.

THE PLAINTIFFS

By: _____
John M. Brown, Esq.
ROBERT M. CHEVERIE &
  ASSOCIATES, P. C.
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT  06108-4203
Tele.: (860) 290-9610
Facsimile: (860) 290-9611
BBO# 651103

# CERTIFICATION

I hereby certify that a copy of the foregoing Petition for Examination of Judgment Debtor and Order for Examination and Notice have been mailed, first-class and postage prepaid, this 17th day of December 2004 to the following:

HVAC Mechanical Systems, Inc.
*c/o Its President:*
Robert F. Marzeoti
31 Depot Street
Dunstable, MA 01827

and

HVAC Mechanical Systems, Inc.
*c/o Its President:*
Robert F. Marzeoti
34 Sullivan Road
Unit 17
North Billerica, MA 01862

JOHN M. BROWN

JMB.LOCAL 4.HVAC MECHANICAL
Application for Supplementary Process.12-17-.04