FILED
CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS 3: 14

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS & PIPEFITTERS' NATIONAL PENSION FUND; TRUSTEES OF THE PLUMBERS & PIPEFITTERS' INTERNATIONAL TRAINING FUND; TRUSTEES OF THE PLUMBERS & PIPEFITTERS' LOCAL UNION NO. 4 HEALTH & WELFARE FUND; PENSION FUND; ANNUITY FUND; JOINT APPRENTICE TRAINING FUND; INDUSTRY FUND; BUILDING & RELIEF FUND and PLUMBERS AND PIPEFITTERS' UNION LOCAL NO. 4 | Civil Action No. 04-11776 (NG) |
| *Plaintiffs* | |
| VS. | |
| HVAC MECHANICAL SYSTEMS, INC. | February 23, 2005 |
| *Defendant* | |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), the undersigned counsel hereby requests permission to withdraw his appearance on behalf of the Plaintiffs in this matter. The undersigned is leaving the firm's employ and, therefore, Robert M. Cheverie is simultaneously filing his Appearance in lieu of mine.

At the present time, no trial date has been set and no conferences have been scheduled. We are, however, awaiting the Court's decision on Plaintiffs' Petition for Examination of Judgment Debtor filed with the Court on December 17, 2004.

**ORAL ARGUMENT NOT REQUESTED**

THE PLAINTIFFS,

By: _____
John M. Brown, Esq.
ROBERT M. CHEVERIE
 & ASSOCIATES, P.C.
333 East River Drive Suite 101
East Hartford, CT 06108
Tele. No.: (860) 290-9610
BBO # 651103
THEIR ATTORNEY

2

## C E R T I F I C A T I O N

I hereby certify that a copy of the foregoing **Motion for Withdrawal of Appearance** has been mailed, first-class and postage prepaid, this 23rd day of February, 2005 to the following:

HVAC Mechanical Systems, Inc.
*c/o Its President:*
Robert F. Marzeoti
34 Sullivan Road
Unit 17
North Billerica, MA 01862

and

HVAC Mechanical Systems, Inc.
*c/o Its President:*
Robert F. Marzeoti
46 Letchworth Avenue
North Billerica, MA 01862

JOHN M. BROWN

RMC.PLUMBERS LOCAL 4.HVAC MECHANICAL SYSTEMS, INC.
WITHDRAWAL OF JMB APPEARANCE 02-23-05

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719