# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB 25 P 3: 14
DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS & PIPEFITTERS' NATIONAL PENSION FUND; TRUSTEES OF THE PLUMBERS & PIPEFITTERS' INTERNATIONAL TRAINING FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS' LOCAL UNION NO. 4 HEALTH & WELFARE FUND; PENSION FUND; ANNUITY FUND; JOINT APPRENTICE TRAINING FUND; INDUSTRY FUND; BUILDING & RELIEF FUND and PLUMBERS AND PIPEFITTERS UNION LOCAL NO. 4<br><br>Plaintiffs<br><br>VS.<br><br>HVAC MECHANICAL SYSTEMS, INC.<br><br>Defendant | Civil Action No. 04-11776 (NG)<br><br><br><br><br><br><br><br><br>February 23, 2005 |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for **ALL PLAINTIFFS**

February 23, 2005
Date

_[Signature]_
Signature

082320
BBO Number

ROBERT M. CHEVERIE
Print Clearly or Type Name

(860) 290-9610
Telephone Number

333 East River Drive, Suite 101
Address

(860) 290-9611
Fax Number

East Hartford, CT 06108-4206

rcheverie@cheverielaw.com  (PLEASE ALSO cc to kdauphinais@cheverielaw.com)
E-mail address

# CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed, first class and postage prepaid, this 23rd day of February, 2005 to the following:

HVAC Mechanical Systems, Inc.
*c/o Its President:*
Robert F. Marzeoti
31 Depot Street
Dunstable, MA 01827

and

HVAC Mechanical Systems, Inc.
*c/o Its President:*
Robert F. Marzeoti
34 Sullivan Road
Unit 17
North Billerica, MA 01862

_____
ROBERT M. CHEVERIE

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

RMC.Plumbers Local 4.HVAC Mechanical Systems, Inc.
RMC Federal District Court Appearance 02-23-05